## David H. Caplow, Appellant, v. Prudential Insurance Company of America, Appellee.

**Gen. No. 42,939.**

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Wm. Marshall Bullitt, special counsel for appellee; Hoyne, O'Connor & Rubinkam, Scott, Macleish & Falk and Winston, Strawn & Shaw, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## Irwin Jack Holden, Appellant, v. Home Life Insurance Company, Appellee.

**Gen. No. 42,940.**

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Winston, Strawn & Shaw, for appellee; George B. Christensen and Gerard Grashorn, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.